UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MICHAEL TROLINGER,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

CASE NO.: 16-cv-2774-MGC-EGT

Plaintiff,

v.

RCF, LLC, A FLORIDA LIMITED LIABILITY COMPANY; AND, GATEWAY INTERACTIVE, LLC, A FLORIDA LIMITED LIABILITY COMPANY,

Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the individual dispute between Plaintiff MICHAEL TROLINGER ("Plaintiff") and Defendants RCF, LLC; and, GATEWAY INTERACTIVE, LLC ("Defendants") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and the claims of the putative class members without prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 15, 2017 for filing a Joint Dismissal.

May 16, 2017

By: _____/s/ Stefan Coleman_____
One of Plaintiff's Attorneys

Stefan Coleman (Florida Bar No. 0030188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that on May 16, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System and that the forgoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

May 16, 2017                      By: _____/s/ Stefan Coleman_____
                                                   One of Plaintiff's Attorneys

                                       Stefan Coleman (Florida Bar No. 0030188)
                                       law@stefancoleman.com
                                       LAW OFFICES OF STEFAN COLEMAN, P.A.
                                       201 South Biscayne Boulevard, 28th Floor
                                       Miami, Florida 33131
                                       Telephone: (877) 333-9427
                                       Facsimile: (888) 498-8946