UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24774-Civ-COOKE/TORRES

MICHAEL TROLINGER,

    Plaintiff,

vs.

RCF, LLC, and
GATEWAY INTERACTIVE, LLC,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before me on the Notice of Settlement (ECF No. 40) filed by Plaintiff. The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Parties submitting a joint stipulation of final dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties shall file their joint stipulation of final dismissal <u>on or before June 16, 2017</u>. The Clerk shall *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, Miami, Florida, this 18th day of May 2017.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*